UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERCELL JAMES MATTHEWS | CIVIL ACTION |
| VERSUS | NO. 21-1233 |
| YOLONDA WILLIAMS | SECTION "R" (3) |

## ORDER AND REASONS

On August 18, 2021, the Court dismissed plaintiff's § 1983 complaint for failure to comply with the Court's directive regarding the deficiencies of his filing.[1] On August 20, 2021, plaintiff filed an amended complaint, curing the deficiencies,[2] and moved for leave to proceed *in forma pauperis*.[3] On August 25, 2021, Magistrate Judge Dana Douglas granted plaintiff's motion to proceed *in forma pauperis*.[4]

Considering the foregoing, it is **ORDERED** that this Court's dismissal order[5] is hereby VACATED, and plaintiff's case is hereby REOPENED. Plaintiff's complaint is referred to Magistrate Judge Douglas.

New Orleans, Louisiana, this __25th__ day of August, 2021.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.
[2] R. Doc. 6.
[3] R. Doc. 7.
[4] R. Doc. 8.
[5] R. Doc. 5.