UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERCELL JAMES MATTHEWS | CIVIL ACTION |
| VERSUS | NO. 21-1233 |
| YOLANDA WILLIAMS | SECTION "R" (3) |

## **ORDER**

Plaintiff Percell James Matthews brings this action *pro se* under 42 U.S.C. § 1983.[1]  On January 4, 2022, Magistrate Judge Dana M. Douglas issued a Report & Recommendation ("R&R"), recommending that plaintiff's complaint be dismissed without prejudice for failure to prosecute.[2]

No party objected to the R&R.  Therefore, the Court reviews the R&R for clear error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.

---

[1]  R. Doc. 6.
[2]  R. Doc. 15.

Accordingly, the Court adopts Magistrate Douglas's R&R as its opinion. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __16th__ day of February, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE